## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

CHARLES RIDDLE,

      Petitioner,

vs.                                                          CASE NO. 5:06cv180/RS

JAMES R. McDONOUGH,

      Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 3).

Petitioner has not filed objections.

**IT IS ORDERED**:

1.    The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2.    This case is transferred to the United States District Court for the Middle

District of Florida.

3.    The clerk is directed to close the file.

ORDERED on November 14, 2006.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**